February 23, 2007

Mr. Robert Alan York
Godwin Pappas Langley Ronquillo LLP
5 Houston Center
1401 McKinney Street, Suite 2700
Houston, TX 77010

Honorable Robert McGrath
Judge, 342nd District Court
401 W. Belknap
Fort Worth, TX 76196
The Honorable Deborah G. Hankinson
Law Offices of Deborah Hankinson PC
2305 Cedar Springs Road, Suite 230
Dallas, TX 75201-6955

Mr. Clarence Andrew Weber
Kelly Hart & Hallman, LLP
301 Congress Ave., Suite 2000
Austin, TX 78701

RE: Case Number: 06-1088
 Court of Appeals Number: 02-06-00338-CV
 Trial Court Number: 342-216509-06

Style: IN RE RENTAL SERVICES CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas granted Relator's Motion for
Temporary and Emergency Stay and issued the enclosed stay order in the
above-referenced case. The petition for writ of mandamus remains pending
before this Court.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Stephanie |
| |Robinson |